```
 1  DAVID J. COHEN, ESQ.
    California Bar No. 145748
 2  BAY AREA CRIMINAL LAWYERS, PC
    300 Montgomery Street, Suite 660
 3  San Francisco, California 94104
    Telephone: (415) 398-3900
 4  Facsimile: (415) 398-7500
 5
    Attorneys for Defendant Kyle Robert James
 6
 7
                    UNITED STATES DISTRICT COURT
 8
                  NORTHERN DISTRICT OF CALIFORNIA
 9
                           OAKLAND DIVISION
10
11
    UNITED STATES OF AMERICA,  )   CR 12-00048 CW (DMR)
12                             )
              Plaintiff,       )
13                             )   STIPULATION   TO   MODIFY
    v.                         )   CONDITIONS OF RELEASE AND
14                             )   ORDER THEREON
                               )
15  KYLE ROBERT JAMES,         )
                               )
16            Defendant.       )
                               )
17
          IT IS HEREBY STIPULATED by and between the parties that
18
    Mr. James' conditions of release be modified as follows:
19
          Subject to the supervision of Pretrial Services, Mr. James
20
    will be permitted to:
21
          (a)  Leave home for three hours every Sunday to attend
22             church;
23
          (b)  Leave home every Saturday for four hours, accompanied
24             by one of his custodians, either his father Keith
               James and/or his mother Janice James for the purposes
25
26  STIPULATION TO MODIFY CONDITIONS
    OF RELEASE AND ORDER
27  THEREON
    People v. James,
    Case No. 12-00048 CW (DMR)
28                                    1
```

1    of having lunch/dinner with family and to attend to
2    personal errands such as a haircut;

3  (c) Leave home every day for one hour, accompanied by one
     of his custodians, either his father Keith James
4    and/or his mother Janice James for the purposes of
     walking the family dogs and exercise.

Pretrial Services has been contacted regarding the above modifications to the conditions of Mr. James' pretrial release and has no objection.

**IT IS SO STIPULATED.**

                                MELINDA HAAG
                                United States Attorney

Dated: March 30, 2012      By: /s/Brian C. Lewis
                                BRIAN C. LEWIS, ESQ.
                                Assistant United States Attorney


                           **BAY AREA CRIMINAL LAWYERS, PC**

Dated: March 30, 2012      By: /s/David J. Cohen
                                DAVID J. COHEN, ESQ.
                                Attorney for Defendant **James**


**IT IS SO ORDERED.**

Dated: April 5, 2012
                           _____
                           THE HONORABLE DONNA M. RYU
                           UNITED STATES MAGISTRATE JUDGE

STIPULATION TO MODIFY CONDITIONS
OF RELEASE AND ORDER
THEREON
People v. James,
Case No. 12-00048 CW (DMR)