1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  BRIAN C. LEWIS  (DCBN 476851)
   Assistant United States Attorney
5     1301 Clay Street, Suite 340-S
      Oakland, California 94612
6     Telephone: (510) 637-3680
      Facsimile:  (510) 637-3724
7     E-Mail: brian.lewis@usdoj.gov

8  Attorneys for the United States of America

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                           OAKLAND DIVISION

12

13  UNITED STATES OF AMERICA,        )   No. CR 12-0048 CW
                                     )
14          Plaintiff,                )
                                     )   [PROPOSED] ORDER EXCLUDING
15      v.                           )   TIME FROM APRIL 10, 2012 TO
                                     )   MAY 1, 2012
16  KYLE ROBERT JAMES,               )
                                     )
17          Defendant.                )
                                     )
18  _____  )

19      The parties made their initial appearance before the district court on February 28, 2012.

20  At the initial appearance, the court continued the matter until April 10, 2012, for motion/trial

21  setting or change of plea and excluded time.  The parties submitted a stipulation and proposed

22  order to continue that hearing until May 1, 2012, and this court granted that request.  With the

23  agreement of counsel for both parties and the defendant, the Court now finds and holds as

24  follows:

25      1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C.

26  § 3161, from April 10, 2012 to May 1, 2012.  Failure to grant the requested continuance would

27  unreasonably deny defense counsel reasonable time necessary for effective preparation, taking

28  into account the exercise of due diligence and the need for defense counsel to confer with his

ORDER EXCLUDING TIME
CR 12-0048 CW

1  expert and his client regarding the expert evidence review that the defense recently conducted.

2      2. Given these circumstances, the Court found that the ends of justice served by
3  excluding the period from April 10, 2012 to May 1, 2012, outweigh the best interest of the public
4  and the defendant in a speedy trial and filing of an indictment or information. 18 U.S.C.
5  § 3161(h)(7)(A).

6      3. Accordingly, and with the consent of the defendant, the Court ordered that the period
7  from April 10, 2012 to May 1, 2012, be excluded from Speedy Trial Act calculations under 18
8  U.S.C. § 3161(h)(7)(A) & (B)(iv).

9      IT IS SO STIPULATED.

11  DATED: April 10, 2012      /s/
12      DAVID J. COHEN
    Counsel for Kyle Robert James

14  DATED: April 10, 2012      /s/
15      BRIAN C. LEWIS
    Assistant United States Attorney

17      IT IS SO ORDERED.

20  DATED:  4/11/2012
    CLAUDIA WILKEN
21      United States District Judge

ORDER EXCLUDING TIME
CR 12-0048 CW      -2-