IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KYLE JAMES,

    Movant,

  v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

No. C 15-3192 CW
CR 12-0048 CW

ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS

On December 17, 2012, Movant plead guilty to one count of distribution of child pornography in violation of 18 U.S.C. § 2252(a)(2) and one count of possession of child pornography in violation of 18 U.S.C. § 2252(a)(4)(B).  The Court sentenced Movant on May 20, 2013 and judgment entered on May 29, 2013.  Movant did not appeal his conviction or sentence.  On July 6, 2015, Movant filed a "Motion for Review of the Unlawful Sentence . . . Pursuant to 18 U.S.C. § 3742(a)(1)."  Docket No. 76.  In an order dated July 30, 2015, the Court construed the filing as a motion under 28 U.S.C. § 2255 to vacate, set aside or correct Movant's sentence and denied the motion as untimely.  On August 8, 2015, Movant filed a notice of appeal.

Movant has now filed an application to proceed in forma pauperis.  Federal Rule of Appellate Procedure 24 provides that "a party to a district-court action who desires to appeal in forma pauperis must file a motion in the district court.  The party must

attach an affidavit that: (A) shows . . . the party's inability to pay or to give security for fees and costs; (B) claims an entitlement to redress; and (C) states the issues that the party intends to present on appeal." The Court notes that Movant did not sign the affidavit regarding his inability to pay, nor did he attach a copy of a statement for his prisoner's trust account. Moreover, Movant failed to provide any information about the issues he intends to present on appeal or his entitlement to relief. Having considered the record in this case and the papers filed by Movant, the Court denies the application to proceed in forma pauperis on appeal. Movant's § 2255 motion was untimely because it was filed more than two years after the judgment against him became final.

IT IS SO ORDERED.

Dated: December 16, 2015

CLAUDIA WILKEN
United States District Judge